IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 2:23-00014

TABITHA DEAVERS
BRITTANY KING

### MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant Tabitha Deavers for a continuance of trial and pretrial motions hearing. (ECF No. 36.)  In support of the motion, counsel for the defendant explains that additional time is needed to meet with the defendant to review discovery, file pretrial motions, and prepare for trial.  The government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant the government's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:[1]

1. The deadline for the filing of pretrial motions is continued to **February**
2. **. 28, 2023,**
3. The Pretrial Motions Hearing is continued to **March 7, 2023, at 3:00 p.m.** in Charleston;
4. Jury Instructions and Proposed Voir Dire are due by **April 6, 2023;**
5. Trial of this action is continued to **April 18, 2023, at 9:30 a.m.** in Charleston; and
6. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

---

[1] As no motion for severance has been granted, these new dates (and the court's findings regarding excludable time under the Speedy Trial Act) apply to defendant Brittany King as well.

**IT IS SO ORDERED** this 6th day of February, 2023.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge